## CONGREGATION OF ST. FRANCIS vs. LAUVE.

APPEAL from the court of the sixth district.

When the plaintiff fails to make out his case, there will be judgment of nonsuit.

MARTIN, J. delivered the opinion of the court. The defendant is sued, as surety of the plain-

tiffs' treasurer. There is not any evidence of their claim against his principal, but an account current annexed by the plaintiffs to their petition. This was certainly evidence *against* them, but cannot make any *for* them, as it is not supported by any evidence.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, and that there be judgment of non-suit against the plaintiffs, and that they pay costs in both courts.

*Desblieux* for the plaintiffs, *Rost* for the defendant.